NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOVERAIN SOFTWARE LLC,**
*Plaintiff-Appellee,*

v.

**VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC,**
*Defendant-Appellant,*

AND

**AVON PRODUCTS, INC.,**
*Defendant-Appellant.*

---

2012-1649, -1650

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 09-CV-0274, Chief Judge Leonard Davis.

---

**ON MOTION**

---

**ORDER**

Soverain Software LLC moves without opposition to revise the official caption.

SOVERAIN SOFTWARE LLC v. VICTORIA'S SECRET                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s25